**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **MEETRIX IP, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CASE NO. 6:21-cv-01288-ADA** |
| **v.** | § | |
| | § | |
| **ZOHO CORPORATION,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendant.** | § | |
| | § | |

**UNOPPOSED NOTICE OF EXTENSION OF TIME TO RESPOND
TO DEFENDANT'S MOTION TO TRANSFER VENUE**

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Requests to Change Deadlines, Plaintiff Meetrix IP, LLC ("Plaintiff") hereby files this Unopposed Notice of Extension of Time for Plaintiff to Respond to Defendant's Opposed Motion to Transfer Venue (Dkt. 13).

On March 8, 2022, Defendant filed a Motion to Transfer Venue seeking transfer of this case to the Austin Division of the Western District of Texas. Plaintiff's response is currently due on March 22, 2022.  The parties intend to conduct venue discovery and agree extend the time for Plaintiff to respond to Defendant's Motion to Transfer Venue until two weeks following the completion of venue discovery as permitted under the Court's Amended Standing Order Regarding Venue and Jurisdictional Discovery Limits for Patent Cases.

Dated:  March 22, 2022

Respectfully submitted,

By: /s/ *Andrew G. DiNovo*
Andrew G. DiNovo
Texas State Bar No. 00790594
adinovo@dinovoprice.com
**DINOVO PRICE LLP**
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2631
Facsimile:  (512) 539-2627

John D. Saba, Jr.
Texas State Bar No. 24037415
john@wittliffcutter.com
**WITTLIFF CUTTER PLLC**
1209 Nueces
Austin, Texas 78701
Telephone: (512) 960-4388
Facsimile: (512) 960-4869

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff conferred by email with counsel for Defendant on March 9, 2022, March 11, 2022, and March 17, 2022 regarding conducting venue discovery  and extending the time for Plaintiff to respond to Defendant's Motion to Transfer.  Counsel for Defendant stated they are unopposed.

*/s/ Andrew G. DiNovo*
Andrew G. DiNovo

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Andrew G. DiNovo*
Andrew G. DiNovo